

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Paula Peeler,<br>      Plaintiff,<br>v.<br>Wal-Mart Stores East, L.P.,<br>      Defendant. | **No. CJ-2022-2115**<br>**(Civil relief more than $10,000: PREMISES LIABILITY)**<br><br>Filed: 05/05/2022<br><br><br>Judge: Dishman, C. Brent |

## PARTIES

Peeler,  Paula, Plaintiff
Wal-Mart Stores East, L.P., Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| GARRETT,  BRYAN  G (Bar #17866)<br>119 N. Robinson Ste 650<br>OKC, OK 73102 | Peeler,   Paula |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**         Issue: PREMISES LIABILITY (PREMISE)
                   Filed By: Peeler, Paula
                   Filed Date: 05/05/2022

|              | **Party Name** | **Disposition Information** |
|---|---|---|
|              |                | Pending.                   |

EXHIBIT 1

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|------|------|-------------|-------|-------|--------|
| 05-05-2022 | **[ TEXT ]** | | | **#**1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 05-05-2022 | **[ PREMISE ]** | | | | |
| | | PREMISES LIABILITY | | | |
| 05-05-2022 | **[ DMFE ]** | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |
| 05-05-2022 | **[ PFE1 ]** | | | | $ 163.00 |
| | | PETITION | | | |
| 05-05-2022 | **[ PFE7 ]** | | | | $ 6.00 |
| | | LAW LIBRARY FEE | | | |
| 05-05-2022 | **[ OCISR ]** | | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 05-05-2022 | **[ OCJC ]** | | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 05-05-2022 | **[ OCASA ]** | | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 05-05-2022 | **[ SSFCHSCPC ]** | | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-05-2022 | **[ CCADMINCSF ]** | | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-05-2022 | **[ CCADMIN0155 ]** | | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 05-05-2022 | **[ SJFIS ]** | | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 05-05-2022 | **[ DCADMIN155 ]** | | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |
| 05-05-2022 | **[ DCADMIN05 ]** | | | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | |
| 05-05-2022 | **[ DCADMINCSF ]** | | | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-05-2022 | **[ CCRMPF ]** | | | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | |
| 05-05-2022 | **[ CCADMIN04 ]** | | | | $ 0.50 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | |

**05-05-2022 [ LTF ]** $ 10.00

    LENGTHY TRIAL FUND

---

**05-05-2022 [ SMF ]** $ 10.00

    SUMMONS FEE (CLERKS FEE)

---

**05-05-2022 [ P ]**

    PETITION

    Document Available (#1052242370) 🗎TIFF 🗎PDF

---

**05-05-2022 [ TEXT ]**

    OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DISHMAN, C. BRENT TO THIS CASE.

---

**05-05-2022 [ ACCOUNT ]**

    RECEIPT # 2022-5191469 ON 05/05/2022.

    PAYOR: BRYAN G GARRETT PLLC TOTAL AMOUNT PAID: $ 252.14.

    LINE ITEMS:

    CJ-2022-2115: $173.00 ON AC01 CLERK FEES.

    CJ-2022-2115: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.

    CJ-2022-2115: $1.66 ON AC31 COURT CLERK REVOLVING FUND.

    CJ-2022-2115: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.

    CJ-2022-2115: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.

    CJ-2022-2115: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

    CJ-2022-2115: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.

    CJ-2022-2115: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.

    CJ-2022-2115: $25.00 ON AC79 OCIS REVOLVING FUND.

    CJ-2022-2115: $10.00 ON AC81 LENGTHY TRIAL FUND.

    CJ-2022-2115: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.

    CJ-2022-2115: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION
FEE.

---

**05-16-2022 [ SMS ]**

    SUMMONS RETURNED, SERVED: WAL-MART STORES EAST LP VIA CERTIFIED MAIL ON 5-9-22

    Document Available (#1052377895) 🗎TIFF 🗎PDF