## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **PAULA PEELER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-433-G** |
| | ) | |
| **WAL-MART STORES EAST, L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>ORDER</u>

Now before the Court is the parties' Second Joint Motion for Extension of Time (Doc. No. 18), seeking to extend the parties' remaining deadlines and continue the trial setting.  The Second Joint Motion requests a 90-day extension of deadlines; the proposed order submitted by the parties, however, seeks a six-month extension of the deadlines and continuance of the trial docket.

Accordingly, the Second Joint Motion (Doc. No. 18) is DENIED without prejudice. The parties may resubmit their request, accompanied by a proposed order that does "not differ in any respect from the relief requested in the motion."  LCvR 7.1(h).

IT IS SO ORDERED this 11th day of July, 2023.

CHARLES B. GOODWIN
United States District Judge