IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA PEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:22-CV-00433-G |
| | ) |
| WAL-MART STORES, EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Bryan G. Garrett, counsel for Plaintiff Paula Peeler, and moves this Court for an Order allowing him to withdraw as attorney of record for the Plaintiff, Paula Peeler. In support of this Motion, and pursuant to LCvR 83.5, Withdrawing Counsel states:

1. As previously advised to this Court in Doc. [32], Withdrawing Counsel and Plaintiff have mutually decided that Withdrawing Counsel will no longer represent Plaintiff.

2. Plaintiff has retained another attorney. Thus, current counsel requests to withdraw. Plaintiff's newly retained Counsel will file an Entry of Appearance immediately.

3. No party will be prejudiced by the relief sought herein since the trial is not scheduled until September 10, 2024, under the pending scheduling order [Doc. 33] and Plaintiff already has retained new counsel.

4. The deadline for discovery is August 1, 2024.

5. Withdrawing Counsel has conferred with Defendant's Counsel about the relief sought herein and Defendant has no objection thereto.

6. The relief requested in this Motion is sought in good faith and not for purposes of delay.

7. There are no pending motions or other matters before this Court.

8. Plaintiff has memorialized her consent for this withdrawal in a document that includes the acknowledgement mandated in LCvR 83.5.

9. A proposed Order is being sent to the Court in accordance with LCvR 5.5 and 7.1(h).

WHEREFORE, Movant, Bryan G. Garrett, respectfully prays that this Court enter its Order allowing him to withdraw as attorney of record for Plaintiff, Paula Peeler, effective immediately.

Respectfully submitted,

/s/ Bryan G. Garrett
**BRYAN GARRETT, OBA #17866**
119 N. Robinson, Suite 650
Oklahoma City, OK 73102
405-839-8424 Telephone
888-261-7270 Facsimile
bryan@garrettlaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF MAILING**

      I hereby certify that on the 19th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHAEL W. BREWER, OBA #11769
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, Oklahoma 3131
(405) 605-9000 Telephone
(405) 605-9010 Fax
Email:mbrewer@hbokc.law
ATTORNEYS FOR DEFENDANT

                                        /s/ Bryan Garrett