**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PAULA PEELER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-433-G** |
| | ) | |
| **WAL-MART STORES EAST, L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is the parties' Joint Motion to Strike Deadlines and Pleadings (Doc. No. 50) filed on May 9, 2024.

Having considered the representations of counsel and for good cause shown, the Court finds that the Joint Motion should be and is GRANTED as follows:

1. The remaining deadlines prescribed by the Court's Fifth Amended Scheduling Order (Doc. No. 33) are STAYED pending further order of the Court;

2. The current trial setting is STRICKEN;

3. Defendant's Motion to Clarify or Amend (Doc. No. 43) and Motions to Quash (Doc. Nos. 44, 45) are DEEMED WITHDRAWN; and

4. Plaintiff's deposition subpoenas to John Lamont (Doc. No. 40) and to Mikayla Lamirand (Doc. No. 41, 42, 46) are DEEMED WITHDRAWN.

IT IS ORDERED that, within seven (7) days after the issuance of this Order, counsel for the parties shall engage in an additional conference pursuant to Local Civil Rule 37.1 to attempt to reach an accord as to their disagreement on the scope of discovery and to present a joint request to the Court as to those issues. If counsel are unable to reach an accord, Plaintiff may file a motion to amend the current scheduling order within fourteen

(14) days of the issuance of this Order. Defendant's response shall be due within fourteen (14) days of the date of filing of Plaintiff's motion.

Plaintiff's deadline to seek leave to amend the Complaint expired on July 22, 2022—nearly two years ago. *See* Scheduling Order (Doc. No. 11). IT IS THEREFORE ORDERED that, if Plaintiff wishes to amend the Complaint, Plaintiff, within fourteen (14) days of the issuance of this Order, must file a motion seeking an extension of time to request amendment of her pleading. *See* Fed. R. Civ. P. 6(b)(1)(B), 16(b)(4); LCvR 7.1(h). Only if this motion is granted shall Plaintiff file a motion to amend the Complaint as contemplated by Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1.

IT IS SO ORDERED this 10th day of May 2024.

CHARLES B. GOODWIN
United States District Judge